IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| VOLTAGE PICTURES, LLC, | ) |
| | ) |
| | ) Case: No. 13-CV-283 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-13, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF DEFAULT

Plaintiff, VOLTAGE PICTURES, LLC, requests that the clerk of court enter default against defendant GSR, LLC , Doe #5, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that the defendant has failed to appear, plead or otherwise defend, the default of defendant GSR, LLC  is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 20th day of December, 2013.

Peter Oppeneer, Clerk of Court