IN THE UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WISCONSIN

| | |
|---|---|
| VOLTAGE PICTURES, LLC | ) |
| | ) |
| | ) Case No.: 13-cv-283 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1-13 | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal without prejudice as to Defendant Doe 5 GSR, LLC.

DATED: February 4, 2014              Respectfully submitted,


                                     VOLTAGE PICTURES, LLC

                            By:      s/ Keith A. Vogt
                                     Keith A. Vogt (Bar No. 6207971)
                                     Takiguchi & Vogt, LLP
                                     1415 W. 22nd Street, Tower Floor
                                     Oak Brook, Illinois 60523
                                     (630) 974-5707
                                     Attorney for Plaintiff